**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

September 14, 2020

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: **Louis Nowlin v. Mount Sinai Health System**
    **Docket No.20-cv-2470-KPF**

Your Honor:

    This office represents Plaintiff, Louis Nowlin, in the above-referenced action. Plaintiff writes to respectfully request an adjournment of the telephonic Initial Pretrial Conference currently scheduled for October 1, 2020, at 10:00 am. Defendant consents to this request. This is Plaintiff's first request to adjourn the Initial Pretrial Conference. The parties have conferred and are available on October 19, 20, 21, 23, 2020, or at any other dates and times convenient to the Court following October 19, 2020. The basis for this adjournment request is that the undersigned will be engaged in trial preparations for an AAA arbitration hearing in another matter (*Gosine v. PSE&G Long Island, et al.; Case No. 01-18-0001-6754*) scheduled to begin on October 5, 2020. To that end, the undersigned respectfully requests to adjourn the Initial Conference to a date and time following the hearing (and preparations for same) on or after October 19, 2020.

    Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference from October 1, 2020, to October 19, 20, 21, 23, 2020, or at any other dates and times convenient to the Court following October 19, 2020

    Plaintiff thanks the Court for its time and consideration of the herein request.

Respectfully submitted,

/s/
Joshua M. Friedman, Esq.

To: All counsel of record (Via ECF)

Application GRANTED. The telephonic initial pretrial conference currently scheduled for October 1, 2020, is hereby ADJOURNED to October 23, 2020, at 10:00 a.m. The dial-in instructions remain the same.

Dated:    September 14, 2020          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE