UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
LOUIS NOWLIN,                                                           :
:
                            Plaintiff,                                  :
:                    20 Civ. 2470 (JPC)
          -v-                                                           :
:                    ORDER
MOUNT SINAI HEALTH SYSTEM,                                              :
:
                            Defendant.                                  :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 16, 2021, the Court granted the parties' request for an extension of time to complete discovery. Dkt. 22. With all discovery now to be completed by July 12, 2021, the Case Management Conference scheduled for May 3, 2021, at 10:00 a.m. is adjourned *sine die*.

      The parties are directed to submit a joint status letter to the Court no later than July 19, 2021, advising the Court as to whether the parties request a referral to the Honorable James L. Cott for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

      SO ORDERED.

Dated: April 16, 2021
       New York, New York
                                                    JOHN P. CRONAN
                                                United States District Judge