UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS NOWLIN,

                Plaintiff,

   -against-

MOUNT SINAI HEALTH SYSTEM,

                Defendant.

20 Civ. 2470 (JPC)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declarations of Rory J. McEvoy, Esq., sworn to on July 26, 2021; Adrianne Rodriguez, sworn to on July 19, 2021; Leslie Schlachter, sworn to on July 19, 2021; Heather Isola, sworn to on July 20, 2021; Sophia Hernandez, sworn to on July 20, 2021; Nathanial Rodriguez, sworn to on July 21, 2021; Miriel Valerio-Ramcharran, sworn to on July 21, 2021; Jeff Cohen, sworn to on July 21, 2021; Stephan Flaim, sworn to on July 24, 2021; Dr. Saadi Ghatan, sworn to on July 26, 2021; and the exhibits thereto; the annexed Defendant's Rule 56.1 Statement; the accompanying memorandum of law; and all prior proceedings had herein, Defendant Mount Sinai West (named herein as "Mount Sinai Health System") ("Defendant") will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant's motion

for summary judgment and dismissing the complaint with prejudice, and granting such other and further relief, including costs and attorneys' fees, as this Court deems just and proper.

Date:   New York, New York          AKERMAN LLP
        July 26, 2021

                                       By:   /s/ Rory J. McEvoy
                                                Rory J. McEvoy
                                                Brittany Buccellato
                                      Attorneys for Defendant
                                      1251 Avenue of the Americans, 37th Floor
                                      New York, New York 10020
                                      212.880.3800
                                      rory.mcevoy@akerman.com
                                      brittany.buccellato@akerman.com

To:    Joshua Friedman, Esq.
       Phillips & Associates, PLLC
       Attorneys for Plaintiff
       585 Stewart Avenue, Suite 410
       Garden City, New York 11530
       212.248.7431
       jfriedman@tpglaws.com