**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X

LOUIS NOWLIN,                                              Case No.: 20-cv-2470

                Plaintiff,

        -against-
                                              **DECLARATION OF**
MOUNT SINAI HEALTH SYSTEM,             **JOSHUA FRIEDMAN**

                Defendant.
----------------------------------------------------------------------X

I, **JOSHUA FRIEDMAN,** am an attorney licensed by the State of New York and admitted to practice in the United States District Court of the Southern District of New York, do hereby certify the following:

1. I am an Associate with the firm, Phillips & Associates, PLLC, the attorneys for Plaintiff, Louis Nowlin, ("Plaintiff") in the above-entitled action, and as such, am fully familiar with the facts and circumstances contained herein.

2. I submit this Declaration in Opposition to Defendant Mount Sinai Health System's ("Defendant") Motion for Summary Judgment.

3. Attached hereto as Exhibits are the following:

    a. Exhibit A – Transcript of Plaintiff's Deposition, taken on January 27, 2021;

    b. Exhibit B – Relevant Excerpts from the Deposition of Ann McNicholas, taken on April 29, 2021;

    c. Exhibit C – Relevant Excerpts from the Deposition of Dr. Saadi Ghatan, taken on May 6, 2021;

    d. Exhibit D – Job Listing for Physician Assistant Neurosurgery Nights, bearing Bates Stamp Numbers L. Nowlin 000346-348;

e. Exhibit E – Emails between Plaintiff and Ann McNicholas, dated April 2, 2018 and bearing Bates Stamp Numbers D00453-459;

f. Exhibit F – Email from Nefertidi Linton to Ann McNicholas, dated May 9, 2018 and bearing Bates Stamp Number D00391;

g. Exhibit G – Email from Plaintiff to Ann McNicholas, dated May 22, 2018 and bearing Bates Stamp Number L. Nowlin 000275;

h. Exhibit H – Email from Anne Donnelly Bush to Ann McNicholas, dated May 24, 2018 and bearing Bates Stamp Numbers L. Nowlin 000276-282;

i. Exhibit I – Plaintiff's 2017 Performance Review, bearing Bates Stamp Numbers D00128-135;

j. Exhibit J – Email from Ann McNicholas to Norman Werner, dated August 2, 2018 and bearing Bates Stamp Number D00502;

k. Exhibit K – Email from Plaintiff to Salvatore LaVecchia, dated June 15, 2018 and bearing Bates Stamp Numbers L. Nowlin 000398-402;

l. Exhibit L – Email from Plaintiff to Ann McNicholas, dated July 4, 2018 and bearing Bates Stamp Numbers D00299-300;

m. Exhibit M – Performance Improvement Plan, dated July 12, 2018 and bearing Bates Stamp Numbers D00115-119;

n. Exhibit N – Email from Plaintiff to Norman Werner, dated August 1, 2018 and bearing Bates Stamp Numbers L. Nowlin 000381-382;

o. Exhibit O – Letter from Ann McNicholas to Plaintiff, dated August 9, 2018 and bearing Bates Stamp Numbers D00484-485;

p. Exhibit P – Emails between Plaintiff and Ann McNicholas, dated August 20, 2018

through August 28, 2018 and bearing Bates Stamp Numbers L. Nowlin 00363-365;

q. Exhibit Q – Letter from Dr. Saadi Ghatan to Plaintiff, dated July 17, 2019 and bearing Bates Stamp Number L. Nowlin 000001; and

r. Exhibit R – Email from Leslie Schlachter to Plaintiff's Work Email, dated June 24, 2019 and bearing Bates Stamp Numbers D00508-509.

**WHEREFORE**, for the reasons set forth in accompanying Memorandum of Law, Plaintiff respectfully requests that the Court deny Defendant's Motion for Summary Judgment.

Dated: Garden City, New York
August 9, 2021

Respectfully Submitted,

/s/ Joshua Friedman
Joshua Friedman, Esq.
**Phillips & Associates, PLLC**
*Attorneys for Plaintiff*
585 Stewart Avenue, Suite 410
Garden City, New York 11530
(212) 248-7431