# EXHIBIT M

# Performance Improvement Plan (PIP)
Confidential

**TO:** Louis Nowlin
**FROM:** Jennifer Savitzky Feuerstein
**DATE:** 7/12/18
**RE:** Performance Improvement Plan (PIP)

The purpose of this Performance Improvement Plan (PIP) is to define serious areas of concern, gaps in your work performance, reiterate expectations, and allow you the opportunity to demonstrate improvement and commitment.

## Areas of Concern:

- Planning and organization, productivity, and team work
- Conducting patient health assessment interviews, orders and interpreting diagnostic screenings tests
- Making clinical rounds, writing notes, discussing care plans with physicians/Attending and nursing personnel
- Regulating selected medication and treatments as appropriate in collaboration with physician
- Maintaining proper chart documentation reporting and interpreting patient responses to plan of care
- Maintains and updates patient records
- Demonstrating knowledge and skills necessary to provide care, based on physical, psychosocial, educational and related criteria appropriate to the age of the patients

## Observations, Previous Discussions or Counseling:

The above deficiencies were cited on LN's annual 2017 performance evaluation. LN continues not to be meeting performance expectations. Recent incidents occurred but not limited to 3/29/18, 5/6/18, & 5/10/18.

**Step 1: Improvement Goals:** These are the goals related to areas of concern to be improved and addressed:

| 1. | Connect and communicate with staff appropriately and in a timely manner when handling pager |
|---|---|
| 2. | Patient evaluation/ Better decision making regarding clinical care |
| 3. | Better understanding of Neuroradiology interpretation |

Performance Improvement Plan

Page 1 of 4

D00115

**Step 2: Activity Goals:** Listed below are activities that will help you reach each goal:

| Goal # | Activity | How to Accomplish | Start Date | Projected Completion Date |
|---|---|---|---|---|
| 1 | Attend the Radiology conference on Mondays from 4 to 5 PM, weekly PA Education Rounds on Thursdays (starting 7/19), and other clinical weekly or monthly meetings | Come in prior to shift on those days as these conferences are instrumental | 7/16/18 | ongoing |
| 2 & 3 | Read and use the Handbook of Neurosurgery (eighth edition) as a resource tool for patient diagnosis | Purchase guide | 7/13/18 | |
| 2 & 3 | Seek guidance from other providers and chief PA for better decision making when in doubt and regarding patient care or clinical questions/concerns | | 7/13/18 | |

**Step 3: Resources:** Listed below are resources available to you to complete your Improvement activities (may include other people's time or expertise, funds for training materials and activities, or time away from usual responsibilities.)

| | |
|---|---|
| 1. | Handbook of Neurosurgery, 8th edition |
| 2. | Chief PA – Frank |
| 3. | Attending – Dr. Ghatan, Dr. Panov |

*[OPTIONAL: This can be incorporated as part of Step 3: Resources, above]* **Management Support:** Listed below are ways in which your manager will support your Improvement activities.

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Step 4: Expectations:** The following performance standards must be accomplished to demonstrate progress towards achievement of each Improvement goal:

**Performance Improvement Plan**                                                    Page 2 of 4

D00116

| 1. | Follow up on patient laboratory and radiology results in a time sensitive manner depending on the status of the patient, but no later than 2 hrs. |
|----|---|
| 2. | Assumes responsibility for tasks by prioritizing patient care. Assess patients' status that have been signed out to you upon arrival to shift. |
| 3. | Work collaboratively with the team and connects with team members on important issues in a timely manner by documenting and communicating on patients with changes on overnight neurologic exam. Also, connects and communicates with staff appropriately and in a timely manner when handling pager, receiving emails or calls (also see below – 4. Expectations #6) |
| 4. | Meet with resident or chief PA prior to start of shift to improve clinical assessment. |
| 5. | Demonstrate improving understanding of neurosurgical diagnosis. |
| 6. | Must respond to phone calls from work leadership/management in a timely manner (if urgent, as soon as possible) if not urgent within the same day. Email response must be within 24 hrs. |

**Step 5 Progress Checkpoints:** The following schedule will be used to evaluate your progress in meeting your improvement activities.

| Goal # | Activity | Checkpoint Date | Type of Follow-up (memo/call/meeting) | Progress Expected | Notes |
|---|---|---|---|---|---|
| 1 | Attend the Radiology conference on Mondays from 4 to 5 PM, and other clinical weekly or monthly meetings | 7/26/18<br>8/22/18<br>9/10/18 | meeting | yes<br>yes<br>yes | FV  LN  LN<br>8/22 FF<br>9/12 LN<br>9/10 FF |
| 2 | Read the Handbook of Neurosurgery, 8th edition | 7/26/18<br>9/10/18 | Call or meeting | yes<br>yes<br>yes | FV  LN<br>FF  LN<br>FF LN |
| 3 | Seek guidance from other providers and chief PA for better decision making or when in doubt | 7/26/18<br>8/22/18<br>9/10/18<br>9/ | Call or meeting | yes<br>yes<br>yes | FV  LN<br>8/22  FF<br>9/12  LN<br>FF  G |

**Follow-up Updates:** You will receive feedback on your progress according to the following schedule:

| Date Scheduled | Activity | Conducted By | Completion Date |
|---|---|---|---|
| 7/26/18 | 2 week Update Memo | Dr. Panov | 7/27/18 |
| 8/13/18 | 30-day Update Memo | Dr. Panov | 8/22/18 |
| 9/12/18  9/11 | 60-day Status Memo | Dr. Panov | 9/10/18 |
| 7/7/18 | | | |

**Timeline for Improvement, Consequences & Expectations:**

Performance Improvement Plan                                                                 Page 3 of 4

Effective immediately, you are placed on a **60** day PIP. During this time you will be expected to make regular progress on the plan outlined above. Failure to meet or exceed these expectations, or any display of gross misconduct will result in further disciplinary action, up to and including termination. In addition, if there is no significant improvement to indicate that the expectations and goals will be met within the timeline indicated in this PIP, your employment may be terminated prior to **60** days. Furthermore, failure to maintain performance expectations after the completion of the PIP may result in additional disciplinary action up to and including termination.

The contents of this PIP are to remain confidential. Should you have questions or concerns regarding the content, you will be expected to follow up directly with me.

We will meet again on as noted above to discuss your Performance Improvement Plan. Please schedule accordingly.

**Signatures:**                                                   *Refused to sign on 7/12/18*
                                                                  *(Reviewed w/ Louis*
Print Employee Name: _____              *on 7/12/18, requested*
                                                                  *copy, before signing)*
Employee Signature: _____

Date: _____

Print Supervisor/Manager Name: __Barbara Soto__ / __Frank Fiumecoldo__

Supervisor/Manager Signature: __[signature]__ / __[signature]__

Date: __7/12/18__

8/28/18

Lorenzo took initiative to work some nights in neuro ICU and learn some aspects of critical care of neurosurgery patients

Fred Fiumecaldo PA

9/10/18 Lorenzo feels he is learning more regarding care of neurosurgical patients during his time in neuro ICU. He agrees to maintain and sustain his efforts in performance improvement