# EXHIBIT Q



**Mount Sinai West**

1000 Tenth Avenue
New York, NY 10019
mountsinai.org/west

July 17, 2019

VIA Certified Letter

Mr. Louis Nowlin
245 East 124th Street, Apt 4C
New York, NY 10035

RE:     **Termination of Employment**

Dear Mr. Nowlin:

You were recently removed from active service for failure to maintain NCCPA certification, which is required for active privileging as a Physician Assistant at Mount Sinai Health System.

It was mutually agreed that you would be placed on administrative leave, and sit for PANRE board exam with NCCPA on June 25, 2019. This plan also required you to stay in constant contact with us.

Despite several telephone calls and emails to you, we did not receive any update from you until July 10 when you informed us you did not take the boards on June 25.

The Department of Neurosurgery had scheduled a meeting for July 17, 2019 for you to return to discuss your employment status and board certification. After multiple efforts to reach you, the department was unable to confirm the meeting, and on July 17, you informed the department of an inability to return for the meeting.

This failure to properly communicate as agreed, as well as the lapse in your certification is unacceptable. Mount Sinai Health System can no longer credential your privileges as a Physician Assistant, and you employment is ended effective immediately.

Enclosed please find a copy of the "Termination Law Notice".

Very truly yours,

Saadi Ghatan, MD
Associate Professor of Neurosurgery & Pediatrics
Site Chair, Department of Neurosurgery
Mount Sinai West and Mount Sinai St. Luke's
Director, Pediatric Neurosurgery

cc:     Human Resources

L. Nowlin Confidential 000001