UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
LOUIS NOWLIN,                                                    :
:
:
Plaintiff,                            :
:      20 Civ. 2470 (JPC)
-v-                                   :
:          ORDER
:
MOUNT SINAI HEALTH SYSTEM,                                       :
:
Defendant.                            :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Both parties have filed declarations attaching excerpts of deposition testimony from various witnesses in this case in connection with Defendant's pending motion for summary judgment. Dkts. 32, 44, 47. By March 18, 2022, Defendant shall file a declaration attaching full, non-excerpted, text-searchable transcripts of each of the depositions that the parties rely on, specifically, those of Louis Nowlin, Jeff Cohen, Dr. Saadi Ghatan, Ann McNicholas, Dr. Fedor Panov, and Dr. Rupendra Swarup. In the event either party believes that any portions of a transcript should not be publicly filed, Defendant shall file a redacted version of that transcript and provide the Court separately with an unredacted version so that the Court may consider any requested redactions.

SO ORDERED.

Dated: March 15, 2022
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                  United States District Judge