```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LOUIS NOWLIN,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            20 Civ. 2470 (JPC)
                -v-                                                    :
                                                                       :            ORDER
MOUNT SINAI HEALTH SYSTEM,                                             :
                                                                       :
                            Defendant.                                 :
                                                                       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 31, 2022, the Court partially granted and partially denied Defendant's motion for summary judgment. Dkt. 55. By April 8, 2022, the parties shall file a joint status letter indicating whether they seek a referral to the Southern District's annexed mediation program or to the Honorable James L. Cott, United States Magistrate Judge, for a settlement conference. If the parties do not seek a referral, the parties shall submit dates they are available for trial in the third and fourth quarters of 2022.

    SO ORDERED.

Dated: April 4, 2022  
       New York, New York  
                                                  JOHN P. CRONAN  
                                                 United States District Judge